United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  Case No. 2:19-cr-123

Michael D. Moore

## COURTROOM MINUTES
### Sentencing

| U.S. District Judge Sarah D. Morrison | | Date: February 18, 2020 @ 11:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Theresa Bragg/Scott Miller | Counsel for Govt: | Heather Hill |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Soumyajit Dutta |
| Interpreter | | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

Court adopts statement of facts and conclusion
Defendant sentenced to 132 months (11 years) on Count 1 of the Indictment.   Court dismissed Count 2.
Defendant sentenced to a lifetime of supervised release
No fine imposed. $100 special assessment is applied.
$5,000 special assessment to the Victims of Trafficking Act of 2015
Defendant advised of right to appeal
Defendant remanded to USMS
Property outlined in Count 1 of the Indictment is forfeited to the government.